

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-17-00371-CV

**IN THE MATTER OF GUARDIANSHIP OF DONNA JEANNE HAMMOND AND INCAPACITATED PERSON**,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 9,688
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

On July 7, 2017, court reporter Cynthia Lenz filed a notice of late record stating that the record was not timely filed because appellant had not made a proper written request for a reporter's record. We ordered appellant to provide written proof to this court by July 27, 2017, that he requested a reporter's record. On July 13, 2017, court reporter Blanca Hill filed a notice of late record stating that the record was not timely filed because appellant had not made a proper written request for a reporter's record. Court reporter Julie Winston filed two volumes of the reporter's record in this case on July 19, 2017.

Appellant has not provided written proof to this court that he has requested a reporter's record from Cynthia Lenz or Blanca Hill. We therefore order appellant to provide written proof to this court by **August 14, 2017**, that he has requested a reporter's record. If appellant fails to provide such proof by the date ordered, appellant's brief will be due 30 days after the clerk's record has been filed, and the court will not consider any issues or points raised in appellant's brief that require the omitted parts of the reporter's record for a decision. *See* TEX. R. APP. 37.3(c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk